IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HASSAN MEGUID | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:24-CV-02988 |
| | § | |
| | § | |
| CAPITAL FUND I LLC | § | |
| | § | |
| *Defendant.* | § | |

## MOTION FOR SUBSTITUTION OF COUNSEL

Defendant Capital Fund I, LLC ("Capital Fund") files this Motion for Substitution of Counsel, respectfully stating as follows:

1. Travis H. Gray of Jack O Boyle and Associates is Current Counsel of record for Capital fund I, LLC

2. Capital Fund I, LLC now requests that the Court permit Travis H Gray and the law firm of Jack O'Boyle & Associates to withdraw as counsel for Capital Fund, and the Court substitute Andrew Bell, Melissa Alonso, and Jessie Manzewitsch, of the law firm Bradley Arant Boult Cummings, LLP as counsel of record for Defendant Capital Fund.

3. The attorneys request that they receive notice of all pleadings, notices and orders filed in this matter at the address below:

Melissa Alonso
malonso@bradley.com
Andrew W. Bell
abell@bradley.com
Jessie R. Manzewitsch Pulero
jmanzewitsch@bradley.com
**BRADLEY ARANT BOULT CUMMINGS LLP**
600 Travis Street, Suite 5600
Houston, Texas 77002

4. Plaintiff and Current Counsel are unopposed to this Motion

For these reasons, Defendant Capital Fund I, LLC requests the Court enter an order granting the substitution of its designated counsel.

Respectfully submitted,



By: /s/ Melissa Gutierrez Alonso

**MELISSA GUTIERREZ ALONSO**
Texas Bar No. 24087648
malonso@bradley.com
**ANDREW W. BELL**
Texas Bar No. 24086538
abell@bradley.com
**JESSIE R. MANZEWITSCH PULERO**
Texas Bar No. 24125659
jmanzewitsch@bradley.com
**BRADLEY ARANT BOULT CUMMINGS LLP**
600 Travis Street, Suite 5600
Houston, Texas 77002
(713) 576-0307 Telephone
(713) 576-0301 Facsimile

**SUBSTITUTED COUNSEL FOR DEFENDANT**

## CERTIFICATE OF CONFERENCE

This Substitution of Counsel for Defendant Capital Fund I, LLC is made with the express consent of Defendant Capital Fund I LLC. I conferred with Current Counsel, Travis H Gray regarding the substitution, who indicated he was not opposed. I also attempted to confer with Plaintiff, Pro Se Hassan Meguid, three times via email (on April 14, 16, and 18, 2025) and one time via telephone (on April 18, 2025) regarding the substitution but did not receive a response.

                                                      */s/ Andrew W. Bell*
                                                      Andrew W. Bell

## CERTIFICATE OF SERVICE

I certify that on this 18th day of April, 2025, I electronically filed the foregoing with the Clerk of Court. I further certify that a true and correct copy of the foregoing was served on the following via the Court's electronic filing system.

Hassan Meguid
drhmeguid@msn.com
8632 Maplecrest Drive
Houston, TX 77099
Tel. (832) 552-2252

*Plaintiff Pro Se*

Travis H. Gray
travis@jackoboyle.com
Jack O'Boyle & Associates PLLC
P.O. Box 815369
Dallas, TX 75381
Tel: (972) 247-0653
ecf@jackoboyle.com

*Current Counsel for Defendant Capital Fund I LLC*

                                                      */s/ Andrew W. Bell*
                                                     Andrew W. Bell